IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TEXTRON, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 114-082 |
| ELECTRICAR, S.R.L. and U.S. ELECTRICAR, S.R.L., | * | |
| Defendants. | * | |

# O R D E R

On August 19, 2015, the Court ordered Plaintiff Textron, Inc. to show cause as to why this case should not be dismissed without prejudice for failure to perfect service and prosecute. (Doc. 7) In response, Plaintiff moved to dismiss its claims without prejudice and noted its failed attempt to serve the Defendants. (Doc. 8; Ex. A) A review of the docket shows that Defendants have not served an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 4th day of September, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA